In the Matter of the Accounting of MARY H. POTTER et al., as Executors of EDWARD W. POTTER, Deceased, Appellants and Respondents.

CHARLOTTE P. WHITCHER, Individually and as an Executrix of HARRIET E. POTTER, Deceased, et al., Respondents and Appellants.

Argued March 17, 1938; decided May 24, 1938.

*Joseph Swart, Edward L. Jellinek* and *B. Frank Dake* for Mary H. Potter et al., appellants and respondents.

*Joseph H. Morey* and *Joseph H. Morey, Jr.,* for Charlotte P. Whitcher, respondent and appellant.

*Helen Z. M. Rodgers* and *Welles V. Moot* for Russell H. Potter, Jr., et al., respondents and appellants.

Order affirmed, with costs to each party appearing by separate attorney and filing a brief payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.